UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mario Pantoe,

               Plaintiff,

v.

Caine & Weiner Co., Inc.,

               Defendant.

Case No. 23-CV-2959 (KMM/DLM)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko, dated March 29, 2024.  No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is accepted in full.

**IT IS HEREBY ORDERED** that:

1.      This matter is **DISMISSED WITHOUT PREJUDICE** under Federal

Rule of Civil Procedure 41(b) for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date: **May 13, 2024**

_s/ Katherine M. Menendez_
Katherine M. Menendez
United States District Judge